Duffy and another, Appellants, vs. Hinkley and others,
Respondents.

*January 14—February 2, 1904.*

*Appeal and error: Trial by court: Findings when disturbed.*

Findings of the trial court, unless against the clear preponder-
ance of the evidence, will not be disturbed.

Appeal from a judgment of the county court of Dodge
·county: J. A. Barney, Judge. *Affirmed.*

Action for compensation for professional services rendered
in an action by Charles C. Grafton against the defendants.
The amount claimed is $453.90. *L. D. Hinkley* and *M. J.
Althouse* answered separately, denying that plaintiffs were
employed by them or in their behalf in such action, but
admitting that they were employed by the other defendants
and alleging payment for the services rendered. Such other
·defendants answered separately, admitting the employment
of plaintiffs as attorneys in two actions—the agreed compen-
sation in the first being $200, and no agreement being made
on the subject in the last one—and that plaintiffs rendered
·services in both such actions; and alleging that they had re-

ceived their disbursements and $400 besides, in all $728, the
$400 being in excess of the reasonable value of services ren-
dered in the second action, and the agreed price for services
in the first.   The cause was tried by the court, and resulted
in findings material to this appeal to this effect: Plaintiffs
were employed as attorneys in the case mentioned in the
complaint and as therein mentioned.   They performed serv-
ices pursuant to such employment in the circuit court for
Fond du Lac county, and in the supreme court, necessarily
disbursing for defendants, in the course of the litigation,
$86.60.   The trial in the circuit court lasted a day and a
half.   The reasonable value of the services rendered, with
the disbursements, is $386.60.   Defendants have paid
$352.70, leaving a balance due plaintiffs of $33.90, which
they are entitled to recover.

Judgment was rendered accordingly.

For the appellants there was a brief by *J. G. Hardgrove,*
and oral argument by *J. H. McCrory.*

For the respondents the cause was submitted on the brief
of *C. E. Hooker.*

MARSHALL, J.   It does not seem advisable to discuss the
evidence in this case.   The questions raised all relate to
whether the findings are warranted by the evidence.   The
record has been carefully examined.   We are unable to per-
ceive that such findings are against the clear preponderance
of the evidence, and therefore, by familiar rules, the judg-
ment must be affirmed.

*By the Court.*—So ordered.